361 A.2d 282

Russell P. MILLER and Margaret Jane
Miller, h/w, Appellants,

v.

AMERICAN TELEPHONE AND TELEGRAPH and
the Democratic National Committee.

Supreme Court of Pennsylvania.

Argued Dec. 2, 1974.

Decided July 6, 1976.

Rehearing Denied Aug. 10, 1976.

Clarke F. Hess, Butera & Detwiler, King of Prussia, for appellants.

Philip M. Hammett, Philadelphia, for appellee, American Telephone & Telegraph Co.

A. Richard Gerber, Norristown, for appellee, Democratic National Committee.

Before JONES, C. J., and EAGEN, O'BRIEN, POMEROY, NIX and MANDERINO, JJ.

ORDER

PER CURIAM.

The Court being equally divided, the decree of the trial court remains in effect.

ROBERTS, J., did not participate in the consideration or decision of this case.